Prepared by State Reporter from Appeal Papers

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CLAIRE BELLE DRESSES, INC., Appellant, *v.* STATE TAX COMMISSION, Respondent.

*Tax — franchise tax — corporations — refund of franchise tax on evidence that corporation had dissolved — tax reassessed on resumption of operations by corporation.*

*People ex rel. Claire Belle Dresses, Inc., v. State Tax Comm.,* 221 App. Div. 471, affirmed.

(Argued May 1, 1928; decided May 11, 1928.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered September 16, 1927, which confirmed, on certiorari, a determination of the State Tax Commission assessing a franchise tax against the relator for the year beginning November 1, 1919. The tax was paid under protest and later refunded on evidence that relator had ceased doing business and been dissolved October 31, 1919. Thereafter, in 1925, on proof that relator had resumed operations, the assessment was restored and the tax affirmed.

*Arthur B. Hyman* for appellant.

*Albert Ottinger,* Attorney-General (*Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.